BERKES CRANE ROBINSON & SEAL LLP
Steven M. Crane (SBN 108930)
  scrane@bcrslaw.com
Laurie S. Julien (SBN 136974)
  ljulien@bcrslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 955-1150
Facsimile:  (213) 955-1155

JS-6

Attorneys for Plaintiff,
RLI INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>UMAYA KHURI, JAMES KHURI, BRENDEN KHURI, CAROL CARDONA, PHILLIP MUNOZ,<br><br>  Defendants. | CASE No. 2:21-cv-04424-JFW-(RAO)<br><br>**ORDER AND JUDGMENT PURSUANT TO STIPULATION** |

The Court, having reviewed the Complaint filed in this action and the Stipulation to Enter Judgment executed by each of the following parties to this Action: RLI Insurance Company ("RLI"), Umaya Khuri, James Khuri and Brenden Khuri (collectively, "Stipulating Parties"), hereby enters Judgment in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, and declaring as follows:

1. Umaya Khuri, James Khuri and Brenden Khuri are not covered under RLI Policy PUP1451049 issued to Umaya Khuri as the Named Insured ("RLI Policy") with respect to the claims set forth in the action styled *Carol Cardona et al. v. Chubb Custom Market, Inc., et al.*, Los Angeles Superior Court Case No. 21STCV17041 ("Underlying Action") and arising out of a car collision on February 17, 2021 between Brenden Khuri and Monique Munoz that resulted in Monique

Munoz's death ("the Collision"); and,

2. RLI has no duty under the RLI Policy to defend, indemnify or settle on behalf of Umaya Khuri, James Khuri and/or Brenden Khuri or pay any judgment with respect to the Underlying Action and the Collision;

3. Judgment on RLI's Complaint for Declaratory Relief in favor of RLI and against each of Umaya Khuri, James Khuri and Brenden Khuri shall be entered forthwith because they do not dispute that they are not covered under the RLI Policy with respect to the claims set forth in the Underlying Action and arising out of the Collision, and therefore there is no just reason for delay in the Court entering judgment as requested; as a result, this Order and Judgment Pursuant to Stipulation complies with Federal Rules of Civil Procedure, Rule 54(b); and

4. Each of the Stipulating Parties will bear its own costs, fees and expenses related to this Declaratory Relief Action.

So ORDERED on this 30th day of August, 2021.

_____
United States District Court Judge
Honorable John F. Walter