**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 21-4424-JFW(RAOx)** | Date: **October 29, 2021** |
| Title: | RLI Insurance Company -v- Umaya Khuri, et al. | |

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):   ORDER CONTINUING ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On October 13, 2021, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. On October 21, 2021, Plaintiff's counsel filed a response to the Order to Show Cause. **The Court deems that response satisfactory, and orders the Order to Show Cause continued to February 14, 2022.**

Plaintiff is ordered to show cause, in writing, no later than **February 14, 2022**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

_____  Proof of service of summons and complaint

_____  Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

__X__  Motion for entry of default judgment set for hearing in accordance with the Local Rules and the Court's Standing Order

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__

(