1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UMAYA KHURI, JAMES KHURI, BRENDEN KHURI, CAROL CARDONA, PHILLIP MUNOZ,<br><br>Defendants. | Case No.: CV 21-4424 JFW(RAOx)<br><br>JUDGMENT |

Based on Plaintiff RLI Insurance Company ("RLI")'s Motion for Entry of Default Judgment against Defendants Carol Cardona and Phillip Munoz, and for good cause shown:

1.     RLI's Motion for Entry of Default Judgment against Defendants Carol Cardona and Phillip Munoz is hereby GRANTED;

2.     Judgment is hereby entered against Carol Cardona and in favor of RLI on RLI's Complaint for Declaratory Relief, consistent with the Judgment entered by the Court on August 30, 2021 [Dkt. #24];

3.     Judgment is hereby entered against Phillip Munoz and in favor of RLI on RLI's Complaint for Declaratory Relief, consistent with the Judgment entered by the Court on August 30, 2021 [Dkt. #24];

4.     RLI's Request for Judicial Notice is hereby GRANTED as to Exhibits A, B, B-1, C and D; and

5.     RLI policy no. PUP1451049 issued to Umaya Khuri with effective dates of November 4, 2020 to November 4, 2021 ("RLI Policy") does not provide coverage to Umaya Khuri, James Khuri and/or Brenden Khuri arising out of the fatal automobile collision that took place on February 17, 2021, on Olympic Boulevard near the intersection of Overland Boulevard, in Los Angeles, California, and resulted in the death of Monique Munoz ("the Collision").

IT IS SO ORDERED.

DATED:     March 14, 2022

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE